1082

No. 11–6679.　CASH v. LOUISIANA.　C. A. 5th Cir.　Certiorari denied.

No. 11–6680.　DIAZ v. CALIFORNIA.　Ct. App. Cal., 2d App. Dist.　Certiorari denied.

No. 11–6682.　COLEMAN v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.　C. A. 5th Cir.　Certiorari denied.

No. 11–6683.　DIAZ v. TEXAS.　Ct. App. Tex., 7th Dist.　Certiorari denied.

No. 11–6684.　CHAVEZ v. GROUNDS, WARDEN.　C. A. 9th Cir.　Certiorari denied.

No. 11–6686.　MCDONALD v. JONES ET AL.　C. A. 3d Cir.　Certiorari denied.

No. 11–6688.　VELASQUEZ GOMEZ v. CALIFORNIA.　Ct. App. Cal., 1st App. Dist.　Certiorari denied.

No. 11–6689.　PALMER v. CALIFORNIA.　Sup. Ct. Cal.　Certiorari denied.

No. 11–6708.　NAJAFIAN v. CAPITAL ONE N. A. ET AL.　C. A. 4th Cir.　Certiorari denied.

No. 11–6710.　MEDIOUS v. TANNER, WARDEN.　C. A. 5th Cir.　Certiorari denied.

No. 11–6713.　COBB v. FLORIDA.　Dist. Ct. App. Fla., 3d Dist.　Certiorari denied.

No. 11–6715.　DAVIS v. MICHIGAN.　Ct. App. Mich.　Certiorari denied.

No. 11–6717.　MARVIN v. ORANGE COUNTY DEPARTMENT OF SOCIAL SERVICES.　Ct. App. N. Y.　Certiorari denied.

